UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GEORGE JASON HELM,<br><br>                Petitioner,<br><br>   v.<br><br>RON VAN BOENING,<br><br>                Respondent. | No. C09-5569 FDB/KLS<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |

      Petitioner's application for leave to proceed in forma pauperis (Dkt. 1) is GRANTED. Petitioner does not appear to have funds available to afford the $5.00 filing fee.

      The Clerk is directed to mail a copy of this Order to Petitioner.

      DATED this <u>5th</u> day of October, 2009.

                                                                                                   Karen L. Strombom<br>
                                                                                                    United States Magistrate Judge

ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS - 1