UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GEORGE JASON HELM,

                Petitioner,

    v.

RON VAN BOENING,

                Respondent.

No. C09-5569 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING HABEAS PETITION WITH PREJUDICE

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge that Petitioner's request for habeas corpus relief be denied and the petition be dismissed. The Report and Recommendation finds that of the three grounds for relief raised by Petitioner, one claim is procedurally barred and the two remaining claims are without merit. The Petitioner has not filed objections to the Report and Recommendation.

The Court, having reviewed the petition for writ of habeas corpus, the response, the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     Petitioner's writ of habeas corpus [Dkt. 4] is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.

(3)     In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is **DENIED** with respect to all three claims asserted by Petitioner in his habeas petition.

ORDER ADOPTING REPORT AND RECOMMENDATION - 1

(4) The Clerk is directed to send copies of this Order to Petitioner, counsel for Respondent and to the Hon. Karen L. Strombom.

DATED this 29th day of January, 2010.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER ADOPTING REPORT AND RECOMMENDATION - 2