AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF WASHINGTON

GEORGE JASON HELM

JUDGMENT IN A CIVIL CASE

v.

RON VAN BOENING

CASE NUMBER: C09-5569 FDB

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's writ of habeas corpus [Dkt.4] is **DENIED** and this action is **DISMISSED WITH PREJUDICE**; and

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is **DENIED** with respect to all three claims asserted by Petitioner in his habeas petition.

| February 1, 2010 | BRUCE RIFKIN |
|---|---|
| Dated | Clerk |

*s/ Mary Trent*
Deputy Clerk